THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TISHAWN ROBINSON, Appellant. [890 NYS2d 338]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745 [1983]; People v Stultz, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Covello, JJ., concur.